360 A.2d 681
COMMONWEALTH
v.
REINECKE, Appellant.

Submitted February 17, 1976. David Katz, Public Defender, for appellant; C. Daniel Higgins, Assistant District Attorney, and James F. Marsh, District Attorney, for Commonwealth, appellee.

Order affirmed.